UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORWICH UNIVERSITY,<br><br>Claimant,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Respondent,<br><br>v.<br><br>PUBLIC FINANCIAL MANAGEMENT, INC., and PFM ASSET MANAGEMENT LLC,<br><br>Subpoena Recipients. | ) | Civil Action No. 1:15-cv-12878 |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") commenced this Action to compel Public Financial Management, Inc. and PFM Asset Management LLC (together, "PFM") to comply with a subpoena issued by an arbitrator sitting in this District. Merrill Lynch and PFM have since reached an agreement concerning the production of certain documents in response to the subpoena in question. Accordingly, unless the parties encounter issues concerning PFM's response, or otherwise have disagreements related to the subpoena that they are unable to resolve themselves, no action by this Court is warranted at this time. So that the Court may maintain jurisdiction of this action during the pendency of the underlying arbitration, Merrill Lynch and PFM respectfully request that the Court enter an Order staying this proceeding until such time as the arbitration (and discovery related thereto) has concluded.

## CONCLUSION

WHEREFORE, Merrill Lynch and PFM jointly request that the Court allow this Joint Motion to Stay Proceedings.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel hereby certifies that the undersigned counsel have conferred in good faith pursuant to Local Rule 7.1(a)(2) regarding the issues in this Motion.

Dated: July 24, 2015

/s/ Adam L. Sisitsky
Adam L. Sisitsky, BBO #637532
alsisitsky@mintz.com

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
617-542-6000

*Attorney for Public Financial Management, Inc. and PFM Asset Management LLC*

/s/ Timothy P. Burke
Timothy P. Burke, BBO #558893
timothy.burke@morganlewis.com

/s/ Jeff Goldman
Jeff Goldman, BBO #660870
jeff.goldman@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
617-951-8000

*Attorneys for Merrill Lynch*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed on July 24, 2015 through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Adam L. Sisitky